JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE MB 69,<br><br>    Plaintiff,<br><br>vs.<br><br>DOE 1, A CORPORATION; DOE 2, A CORPORATION; DOE 3 AN ENTITY OF UNKNOWN FORM, AND DOES 4 TO 100, Inclusive,<br><br>    Defendants | Case No. 8:24-cv-02395-JVS-DFM<br><br>**ORDER RE STIPULATION OF DISMISSAL [32]** |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and all parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

Dated: August 14, 2025

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE